IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

KATE LOUISE POWELL,

 Plaintiff,                                 Case No.: 1:23-cv-10969

v.                                              Judge Sara L. Ellis

THE PARTNERSHIPS AND             Magistrate Judge Jeffrey T. Gilbert
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A",

 Defendants.

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 131 | Ntptstore |

DATED: November 27, 2023                   Respectfully submitted,

                                                            */s/ Keith A. Vogt*
                                                            Keith A. Vogt (Bar No. 6207971)
                                                            Keith Vogt, Ltd.
                                                            33 W. Jackson Blvd., #2W
                                                            Chicago, Illinois 60604
                                                            Telephone:312-971-6752
                                                            E-mail: keith@vogtip.com

                                                            ***ATTORNEY FOR PLAINTIFF***

## **CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on November 27, 2023 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

              */s/ Keith A. Vogt*
              Keith A. Vogt