IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KATE LOUISE POWELL,<br><br>        Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>        Defendants. | Case No. 23-cv-10969<br><br>**Judge Sara L. Ellis**<br><br>**Magistrate Judge Jeffrey T. Gilbert** |

## PLAINTIFF'S STATUS REPORT

Pursuant to Minute Entry [42], Plaintiff KATE LOUISE POWELL ("Powell" or "Plaintiff") respectfully submits this status report regarding the current status of the represented Defendants.

The following Defendants have appeared by counsel:

Defendant Nos. 159 Villemure; 160 WangNaiChao111; and 161 Pyramid Tip, represented by Adam E. Ubrancyzk of AU LLC, have settled with Plaintiff and are dismissed [40].

Defenant No. 34 Daxu Technology, represented by Mark K. Suri of Hinshaw & Culberstson LLP, have reached a settlement in principle. Plaintiff is currently awaiting return of the signed agreement.

Defendant No. 143 Nefik, represented by Patrick M. Jones of AEGIS Law, are currently having active settlement negotiations with Plaintiff. Parties anticipate to settle within the next 30 days.

All of the above Defendants are excluded from Plaintiff's motion for entry of default and default judgment [30].

DATED:  December 9, 2023                                       Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
33 West Jackson Boulevard, #2W
Chicago, Illinois 60604
Telephone: 312-971-6752
E-mail:  keith@vogtip.com

**ATTORNEY FOR PLAINTIFF**

### CERTIFICATE OF SERVICE

I hereby certify that on December 9, 2023, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system. The CM/ECF system will send a "Notice of E-Filing" to the attorneys of record in this case.

/s/ *Keith A. Vogt*
Keith A. Vogt, Esq